1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11    ALPHONSO RAMON CLARK,                Case No. 21-09230 BLF (PR)

12            Plaintiff,                   **ORDER GRANTING MOTION FOR
                                           EXTENSION OF TIME TO FILE
13        v.                               AMENDED COMPLAINT**

14    DR. MOLLY BROWN, et al.,

15            Defendants.

16                                         (Docket No. 5)

17

18         Plaintiff, a state prisoner currently housed at Napa State Hospital, filed a *pro se* civil

19    rights action pursuant to 42 U.S.C. § 1983.  Dkt. No. 1.  On April 5, 2022, the Court

20    dismissed the complaint with leave to amend.  Dkt. No. 3.  Plaintiff was directed to file an

21    amended complaint within twenty-eight days from the date the order was filed, i.e., no

22    later than May 3, 2022.  *Id.*

23         On April 29, 2022, Plaintiff filed a letter requesting an extension of time to file an

24    amended complaint, which the court construes as a motion for an extension of time. Dkt.

25    No. 5.  The timely filed request is **GRANTED**.  Plaintiff shall file an amended complaint

26    using the court's form complaint to attempt to correct the deficiencies in the original

27    complaint no later than **June 1, 2022**.

28         The amended complaint must include the caption and civil case number used in this

*United States District Court*
*Northern District of California*

order, *i.e.*, Case No. C 21-09230 BLF (PR), and the words "AMENDED COMPLAINT" on the first page.  Plaintiff must answer all the questions on the form in order for the action to proceed.  Plaintiff is reminded that the amended complaint supersedes the original, and Plaintiff may not make references to the original complaint.  Claims not included in the amended complaint are no longer claims and defendants not named in an amended complaint are no longer defendants.  *See Ferdik v. Bonzelet*, 963 F.2d 1258, 1262 (9th Cir.1992).

**Failure to respond in accordance with this order by filing an amended complaint in the time provided will result in the dismissal of this action without prejudice and without further notice to Plaintiff.**

**IT IS SO ORDERED.**

**Dated:  \_\_\_May 9, 2022_____**

BETH LABSON FREEMAN
United States District Judge

Order Granting Mot. for EOT to File Am. Compl.
PRO-SE\BLF\CR.21\09230Clark_eot-ac

2

United States District Court
Northern District of California