1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| ALPHONSO RAMON CLARK, | Case No. 21-cv-09230 BLF (PR) |
| Plaintiff, | **ORDER GRANTING REQUEST FOR VOLUNTARY DISMISSAL** |
| v. | |
| DR. MOLLY BROWN, et al., | |
| Defendants. | |
| | (Docket No. 7) |

11
12
13
14
15
16
17

United States District Court
Northern District of California

18        Plaintiff, proceeding *pro se*, filed a civil rights action pursuant to 42 U.S.C. § 1983.

19   Dkt. No. 1.  On April 5, 2022, the Court dismissed the complaint with leave to amend.

20   Dkt. No. 3.  On May 9, 2022, the Court granted Plaintiff's motion for an extension of time.

21   Dkt. Nos. 5, 6.

22        On May 13, 2022, Plaintiff filed a single page document with the caption, "Motion

23   to dismiss without prejudice."  Dkt. No. 7.  The Court construes this document as a request

24   for voluntary dismissal.  A plaintiff has the absolute right to dismiss his or her action by

25   filing a notice of dismissal "at any time before service by the adverse party of an answer or

26   of a motion for summary judgment."  Fed. R. Civ. P. 41(a)(1)(i).  Said dismissal may be

27   with or without prejudice, but unless plaintiff's notice of dismissal states otherwise, it is

28

deemed to be "without prejudice."  *See* Fed. R. Civ. P. 41(a)(1); *Humphreys v. United States*, 272 F.2d 411, 412 (9th Cir. 1959).

Based on the foregoing, Plaintiff's request for voluntary dismissal is **GRANTED**. *Id.*  This action is **DISMISSED** without prejudice.  The Clerk shall terminate all pending motions and close the file.

This order terminates Docket No. 7.

**IT IS SO ORDERED.**

Dated:  ___**May 18, 2022**_____

BETH LABSON FREEMAN
United States District Judge

Order Granting Request for Vol. Dism.
P:\PRO-SE\BLF\CR.21\09230Clark_vol.dism