UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALPHONSO RAMON CLARK,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DR. MOLLY BROWN, et al.,<br><br>　　　　　Defendants. | Case No. 21-cv-09230 BLF (PR)<br><br>**JUDGMENT** |

　　　Plaintiff's request for voluntary dismissal of this action has been granted.  Judgment is entered accordingly.

　　　The Clerk shall close the file.

　　　**IT IS SO ORDERED.**

Dated:   __**May 18, 2022**_____

　　　　　　　　　　　　　　　　　　　　　　*Beth Labson Freeman*
　　　　　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Judgment
P:\PRO-SE\BLF\CR.21\09230Clark_judgment